THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE BROWN, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MARGARET RICHARDS, Respondent, v. NATHAN STRAUSS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

LOTTIE ROBERTS, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant:— The parties having stipulated in writing that this case may be disposed of by a court of four, the decision is as follows: Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper and Lazansky, JJ.

ARTHUR A. ROBERTSON, Appellant, v. UNION CUTLERY COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Manning, Young and Hagarty, JJ., concur; Lazansky, J., concurs upon the ground that plaintiff, by failing to protest or otherwise to disapprove, consented to the limitation of his territory.

LUIGI ROSSI, Respondent, v. IDA TRIGER and BARNEY TRIGER, Appellants.— Order restraining defendants from prosecuting action pending in Municipal Court until determination of action in Supreme Court affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

JACOB RUPPERT REALTY CORPORATION, Respondent, v. ROCCO PAVESE, Appellant.— Judgment modified by limiting the injunctive relief to the sign described in the complaint. Conclusion of law numbered " sixth " is reversed and instead thereof the following conclusion of law is made: " *Sixth.* That the plaintiff is· entitled to an injunction order restraining defendant, Rocco Pavese, from maintaining or continuing in, on or about the premises, in violation of the covenants contained in the lease, the electric sign mentioned in the complaint." As so modified, the judgment is affirmed, without costs. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

EDWARD J. SAUSE, Respondent, v. LOUIS M. ROBERTSON, Appellant.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.